UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

WARDIS AGUILAR-VILLALOBOS,

                  Petitioner,

   -v-                                                 24-CV-1110 JLS

STEVE KURZDORFER, in his official capacity as Acting
Field Office Director of the Buffalo field office of U.S.
Imigration and Customs Enforcement,

JOSEPH FREDEN, in his official capacity as Deputy Field
Office Director of the Buffalo Federal Detention Facility,

                  Respondents.

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that she is an employee of the United States Attorney's Office for the Western District of New York and is a person of such age and discretion as to be competent to serve papers.

      That on January 31, 2025, she served a copy of the **Respondents' Memorandum of Law in Reply to Petitioner's Opposition and in Further Support of the Motion to Dismiss for Failure to State a Claim (Doc. 8)** and a copy of the **Supplemental Reply to [9] Text Order of the Court (Doc. 10),** by placing a copies of same in a post-paid envelope addressed to the person hereinafter named, at the place and address stated below, which is the last known address, and by depositing said envelope and contents in the United States Mail at the USPS mailbox located at 100 State Street, Rochester, New York 14614.

                                    Wardis Aguilar-Villalobos
                                    A#205 521 977
                                    BUFFALO FEDERAL DETENTION FACILITY
                                    4250 Federal Drive
                                    Batavia, NY 14020

                                      s/JACQUELINE MARKIDIS
                                      Legal Administrative Specialist